**THE HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendant. | No. C70-9213<br>Subproceeding 24-1<br><br>ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND STAYING CASE DEADLINES |

THIS MATTER came before the Court by unopposed motion of the Swinomish Indian Tribal Community, Jamestown S'Klallam Tribe, Lower Elwha Klallam Tribe, Nooksack Indian Tribe, Port Gamble S'Klallam Tribe, Sauk Suiattle Indian Tribe, Squaxin Island Tribe, Stillaguamish Tribe, Suquamish Tribe, Tulalip Tribes, Upper Skagit Indian Tribe, and the State of Washington ("Moving Parties") to set a briefing schedule on motions to dismiss the Request for Determination in this action and to stay deadlines contained in Fed. R. Civ. Proc. 26 and 16, including deadlines to file responses or answers to the Request for Determination as required by Paragraph 25 to the Final Injunction. The Nisqually Indian Tribe and the United States have not joined but do not oppose the motion.

No. C70-9213, Subpr. 24-1
MOTION AND ORDER
1

Office of Tribal Attorney
SWINOMISH INDIAN TRIBAL COMMUNITY
11404 Moorage Way
LaConner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

Accordingly, the Court hereby ORDERS the following briefing schedule:

a. Motions to dismiss shall be filed on or before November 22, 2024 and shall be noted for consideration on January 24, 2025.

b. Any party to this action desiring to join any motion to dismiss or file a brief containing argument in support of a motion to dismiss shall do so no later than December 6, 2024.

c. Responsive materials in opposition to motions to dismiss shall be filed on or before January 17, 2025.

d. Reply materials shall be filed on or before January 24, 2025.

e. Motions, briefs in support of motions, and responses shall not exceed 8,400 words and replies shall not exceed 4,200 words in accordance with Local Civil Rule 7(e)(3).

All deadlines contained in Fed. R. Civ. Proc. 26 and 16, including deadlines to file responses or answers to the Request for Determination as required by Paragraph 25 to the Final Injunction, are stayed pending further order of the Court.

DATED this 24th day of October, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

No. C70-9213, Subpr. 24-1
MOTION AND ORDER
2

Office of Tribal Attorney
SWINOMISH INDIAN TRIBAL COMMUNITY
11404 Moorage Way
LaConner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

Presented by:

*s/ Emily Haley*
*s/ Weston LeMay*
Emily Haley, WSBA #38284
Weston LeMay, WSBA #51916
Office of Tribal Attorney
Swinomish Indian Tribal Community
11404 Moorage Way
La Conner, WA 98257
*Attorneys for Swinomish Indian Tribal Community*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024, I electronically filed this [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND STAYING CASE DEADLINES with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all parties registered in the CM/ECF system for this matter.

*s/ Emily Haley*
Emily Haley, WSBA No. 38284
Swinomish Indian Tribal Community
11404 Moorage Way
LaConner, WA 98257

No. C70-9213, Subpr. 24-1
MOTION AND ORDER
3

**Office of Tribal Attorney**
**SWINOMISH INDIAN TRIBAL COMMUNITY**
**11404 Moorage Way**
**LaConner, Washington 98257**
TEL 360/466-3163; FAX 360/466-5309